[No. 5183–8–III.   Division Three.   December 20, 1983.]

CARL E. STROMGREN, *Respondent,* v. HAL SMITH, JR., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Benton County, No. 79–2–00383–0, Robert S. Day, J., entered

April 29, 1982. *Affirmed* by unpublished per curiam opinion.